UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                                   :
PRISTINE JEWELERS NY, INC.,                                        :
                                                                   :
                        Plaintiff,                                 :
                                                                   :           18-cv-12155 (LJL)
        -v-                                                        :
                                                                   :           ORDER
ADRIEN BRONER, RAVONE LITTLEJOHN, and                              :
ABOUT BILLIONS, LLC,                                               :
                                                                   :
                        Defendants.                                :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020

LEWIS J. LIMAN, United States District Judge:

On March 2, 2020, the Court granted the request by counsel for Defendant About Billions, LLC ("ABL") to withdraw, and put Defendant ABL on notice that, as an unrepresented corporation, it must retain new counsel and enter an appearance by March 30, 2020 if it intends to respond to Plaintiff's motion for a judgment against Defendants Adrien Broner ("Broner") and ABL. Dkt. No. 58. Defendant Broner was also required to enter an appearance or indicate that he intends to dispute Plaintiff's motion by this date. *See* Dkt. No. 61.

No counsel appeared for Defendant ABL. Defendant Broner has neither entered an appearance nor responded to Plaintiff's motion in any way.

It is hereby ORDERED that the status conference scheduled for April 2, 2020 is CANCELLED. Counsel for Plaintiff may submit a declaration in support of his motion for reasonable attorneys' fees and costs in connection with enforcement and collection of a default judgment.

SO ORDERED.

Dated: March 31, 2020
      New York, New York                                        LEWIS J. LIMAN
                                                                 United States District Judge