UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRISTINE JEWELERS NY, INC.,

                    Plaintiff,

                    18 **CIV** 12155 (LJL)

      -against-                  **JUDGMENT**

ADRIEN BRONER, RAVONE LITTLEJOHN,
and ABOUT BILLIONS, LLC,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated May 11, 2020, Plaintiffs' motion to enforce the Settlement Agreement is granted, and the motion for attorney's fees and costs is granted in part; Judgment is entered in favor of Plaintiff and against Defendants Broner and ABL in the amount of $1,388,330.63, plus attorney's fees of $75,000 and costs of $1,120 for a total sum of $1,464,450.63.

**DATED**: New York, New York
             May 12, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**

                                                        **Deputy Clerk**