```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PRISTINE JEWELERS NY, INC.,                                        :
                                                                   :
                          Plaintiff,                               :
                                                                   :      18-cv-12155 (LJL)
        -v-                                                        :
                                                                   :      ORDER
ADRIEN BRONER, RAVONE LITTLEJOHN, and                              :
ABOUT BILLIONS, LLC,                                               :
                                                                   :
                          Defendants.                              :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2020

LEWIS J. LIMAN, United States District Judge:

In its October 5, 2020 Opinion and Order, the Court advised that it would consider the requests for limited discovery from the parties upon the filing of a renewed motion for leave to file amended answer by Defendant Ravone Littlejohn ("Littlejohn"). Defendant Littlejohn has filed that motion and the Court has granted it. *See* Dkt. No. 80.

It is hereby ORDERED that Plaintiff and Defendant Ravone Littlejohn shall submit a joint letter by November 6, 2020 that contains their request to reopen discovery, including the limited discovery they seek to take, the reasons for such discovery, and a proposed deadline.

SO ORDERED.

Dated: October 23, 2020
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                             United States District Judge