```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PRISTINE JEWELERS NYC, INC.,                                       :
                                                                   :
                        Plaintiff,                                 :
                                                                   :      18-cv-12155 (LJL)
        -v-                                                        :
                                                                   :      ORDER AMENDING
ADRIEN BRONER, et al.,                                             :      JUDGMENT
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2020

LEWIS J. LIMAN, United States District Judge:

Pursuant to Fed. R. Civ. P. 60, it is hereby ORDERED that the judgment granted by the Court on May 11, 2020 (Dkt. No. 65) and entered by the Clerk of Court on May 12, 2020 (Dkt. No. 66) is AMENDED to include the full names of the parties, as follows:

The motion by Plaintiff Pristine Jewelers NY, Inc. to enforce the Settlement Agreement is granted, and the motion for attorney's fees and costs is granted in part. Judgment is entered in favor of Plaintiff Pristine Jewelers NY, Inc. and against Defendants Adrien Broner and About Billions, LLC in the amount of $1,388,330.63, plus attorney's fees of $75,000 and costs of $1,120, for a total sum of $1,464,450.63.

SO ORDERED.

Dated: October 27, 2020
       New York, New York                                  _____
                                                                    LEWIS J. LIMAN
                                                                United States District Judge