**64UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PRISTINE JEWELERS NY, INC.,

                Plaintiff,

                                                                        18 **CIV** 12155 (LJL)

           -against-                                         **AMENDED JUDGMENT**

ADRIEN BRONER, RAVONE LITTLEJOHN,
and ABOUT BILLIONS, LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated May 11, 2020, and Order dated October 27, 2020, Plaintiff's motion to enforce the Settlement Agreement is granted, and the motion for attorney's fees and costs is granted in part; Judgment is entered in favor of Plaintiff Pristine Jewelers NY, Inc. and against Defendants Adrien Broner and About Billions, LLC in the amount of $1,388,330.63, plus attorney's fees of $75,000 and costs of $1,120 for a total sum of $1,464,450.63.

    **DATED**: New York, New York
                 October 28, 2020

                                                               **RUBY J. KRAJICK**
                                                                _____
                                                                **Clerk of Court**

                                                     **BY:** _____
                                                                 **Deputy Clerk**