UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
PRISTINE JEWELERS NY, INC., :
 :
                          Plaintiff, :
 :      18-cv-12155 (LJL)
     -v- :
 :      ORDER
 :
ADRIEN BRONER, RAVONE LITTLEJOHN, and :
ABOUT BILLIONS, LLC, :
 :
                          Defendants. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a final pretrial conference on May 20, 2021. Pursuant to agreement by the parties at that conference, this action is to be tried to the bench by submission.

By May 27, 2021 at 9:00 a.m., the parties are directed to meet and confer, and Plaintiff shall email the Court the agreed-upon trial record for this Court's consideration, which shall include numbered exhibits and a separate cover letter listing the exhibit numbers and names. The parties shall also indicate any objection to the trial record in a separate letter to be filed on ECF.

By May 28, 2021 at 5:00 p.m., each party shall email the Court its proposed findings of fact and conclusions of law in Microsoft Word and in PDF.

     SO ORDERED.

Dated: May 20, 2021
       New York, New York                             LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021