```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
PRISTINE JEWELERS NY, INC.,                                  :
:
:
Plaintiff,                                 :
:         18-cv-12155 (LJL)
-v-                                           :
:              ORDER
:
ADRIEN BRONER, RAVONE LITTLEJOHN, and        :
ABOUT BILLIONS, LLC,                                         :
:
Defendants.                                :
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In its Amended Findings of Fact and Conclusions of Law, the Court entered a verdict for Plaintiff on Claim Five and for Defendant Ravone Littlejohn on Claim Six. Dkt. No. 95. The Court directed the parties the meet and confer regarding a proposed form of judgment. *Id.* at 20. Plaintiff has filed a proposed judgment, Dkt. No. 96, and Plaintiff's counsel has indicated that he has communicated and provided drafts of the proposed judgment and related documents to counsel for Defendant Littlejohn, Dkt. No. 96-1 at 1.

      Defendant Littlejohn is hereby ORDERED to file a response to the proposed form of judgment submitted by Plaintiff at Dkt. No. 96 by November 5, 2021.


      SO ORDERED.

Dated: November 1, 2021                    _____
      New York, New York                           LEWIS J. LIMAN
                                                          United States District Judge