UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PRISTINE JEWELERS NY, INC.,

                Plaintiff,

-against-

ADRIEN BRONER, RAVONE LITTLEJOHN
and ABOUT BILLIONS, LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

[~~PROPOSED~~]
JUDGMENT

Dkt No.   1:18-CV-12155
[Lewis J. Liman, J.]

     WHEREAS this cause came before the Court on the Complaint of the Plaintiff, Pristine Jewelers NY, Inc. dated December 24, 2018 seeking monetary damages against Defendants Adrien Broner, Ravone Littlejohn and About Billions, LLC arising out of an alleged breach of defendants' obligations to pay amounts due and owing for the sale of jewelry by the Plaintiff,

     WHEREAS, on June 20, 2020 pursuant to an Order of this Court (Hon. Valerie Caproni, USDJ), the claims against defendants Adrien Broner and About Billions, LLC were severed and dismissed from the claims against Defendant Ravone Littlejohn (ECF Doc. No. 35),

     WHEREAS, on May 28, 2021, the Plaintiff Pristine Jewelers NY, Inc. and Defendant Ravone Littlejohn tried this case before the Court by paper submission of each party's proposed findings of fact and conclusions of law along with the deposition transcripts and exhibits they agreed would constitute the trial record in this case,

     WHEREAS, on October 12, 2021 this Court issued and filed its Findings of Fact and Conclusions of Law (Hon. Lewis J. Liman, USDJ) [ECF Doc. No. 92], and on October 15, 2021, this Court issued its Amended Findings of Fact and Conclusions of Law (Hon. Lewis J. Liman, USDJ) [ECF Doc. No. 95] granting the Plaintiff's Fifth Claim for Relief against Defendant Ravone Littlejohn for four dishonored checks totaling One Million Two Hundred and Forty

Thousand ($1,240,000.00) Dollars and denying the Plaintiff's remaining claims for relief against Defendant Ravone Littlejohn,

WHEREAS this Court further direct the parties to meet and confer regarding a proposed form of judgment to file with the Court [ECF Doc. No. 95],

WHEREAS this Court is authorized statutorily under New York Law, NY CPLR § 5001(b) to enter pre-judgment interest at the New York statutory rate of NINE (9%) PERCENT per annum from the date when the Plaintiff Pristine Jewelers NY, Inc. became aware that Defendant Ravone Littlejohn dishonored payment on the four (4) checks

WHEREAS this Court finds the date when the Plaintiff Pristine Jewelers NY, Inc. became aware that Defendant Ravone Littlejohn dishonored payment on the four (4) checks to be June 16, 2018 (*i.e.*, the date of the Plaintiff Prinstine Jewelers of NY, Inc.'s text to Defendant Littlejohn regarding the failure to honor the checks),

WHEREAS this Court is authorized to order post-judgment interest at the New York statutory rate of NINE (9%) PERCENT per annum from the date of judgment until the date of payment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that for the reasons set forth in the Order,

    1.    Judgment for the Plaintiff Pristine Jewelers NY, Inc. of 44 West 47th Street, Shop # 5, New York, New York 10036 against Defendant Ravone Littlejohn of 2658 Jupiter Drive, Fayetteville, Ohio 45014, consisting of:

        a.    $1,240,000.00 in principal, which is the total amount of the four (4) dishonored checks;

    b.    $375,000.00 pre-judgment interest as of June 16, 2017 in the New York statutory interest rate in the amount of nine (9%) percent per annum under New York law, CPLR §§ 5001 (b) and 5004 between June 16, 2018 and October 27, 2021;

    c.    $3,600.00 pre-judgment interest in the New York statutory interest rate in the amount of nine (9%) percent per annum under New York law, CPLR §§ 5001 (b) and 5004 from October 27, 2021 through the date of this Judgment (calculated as $300.00 per day);

2.    The Plaintiff Pristine Jewelers NY, Inc. is further entitled to post-judgment interest at the New York statutory interest rate in the amount of nine (9%) percent per annum under New York law, CPLR §§ 5001 (b) and 5004 from the date of this Judgment is entered until payment is made; and

3.    Taxable costs and disbursements of this action in the amount of $1,584.76.

Dated: November 8, 2021
       New York, N.Y.

                                                    HON. LEWIS J. LIMAN, J.
                                                    UNITED STATES DISTRICT JUDGE